

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-20-00331-CV

MELANIE KAY GILLESPIE AND ALL
OTHER OCCUPANTS, Appellant

V.

RICHARD ERKER, Appellee

§   On Appeal from County Court at Law
    No. 2

§

    of Parker County (CA-20-006)

§

    February 25, 2021

§

    Memorandum Opinion by Justice
    Birdwell

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed as moot.

SECOND DISTRICT COURT OF APPEALS

By ___/s/ Wade Birdwell_____
    Justice Wade Birdwell